PAUL J. MANSDORF
1563 Solano Ave. #703
Berkeley, CA 94707
(510) 526 5993
mansdorftrustee@sbcglobal.net
CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

In re

Julie Anne Wallace-Wong                              Case No. 11-41375

        Debtor(s).
_____/

## OBJECTION TO DEBTOR'S APPLICATION TO PROCEED IN FORMA PAUPERIS

PAUL J. MANSDORF, the Chapter 7 Trustee, hereby moves the above-entitled court for denial of the debtor's In Forma Pauperis status, on the following grounds:

1) This debtor is keeping a 2007 Mercedes CLK with $640.00 per month payments. [See Statement of Intention, and Schedule J.] This is practically a poster-child case for Congress to eliminate IFP availability from the Code.

Wherefore, applicant respectfully requests that the court deny the debtor's In Forma Pauperis status and that he be ordered to pay the filing fee, in installments, pursuant to a court-set schedule.

DATED: February 8, 2011              Respectfully submitted,


                                      /s/ PAUL J. MANSDORF
                                      Chapter 7 Trustee